IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**FATAOULAYE DANDAKOYE,**
Agency No.: A-096-874-118,

 Petitioner,

vs.            Case No. 4:11cv100-MP/WCS

**ERIC H. HOLDER, JR., et al.,**

 Respondents.

          /

## ORDER and REPORT AND RECOMMENDATION

  Petitioner, who is *pro se*, submitted a petition for writ of habeas corpus under § 2241, doc. 1, alleging that the United States will be unable to carry out his removal to Niger because Niger refused to issue travel documents for him. Doc. 1. Petitioner stated that he was not challenging the validity of the removal order, only release from custody pursuant to Zadvydas v. Davis, 533 U.S. 678 (2001). *Id.,* at 2.

  Finding the petition sufficient, service was directed. Doc. 3. Respondents filed a motion to dismiss the petition on May 5, 2011, asserting it is moot because Petitioner was released from detention. Doc. 10. Respondents have submitted a copy of the Order of Supervision, showing that on April 28, 2011, Petitioner was released to supervision. Doc. 10, ex. 1. Therefore, because Petitioner has essentially been

afforded the relief sought, release from detention, this § 2241 petition should now be dismissed as moot.

The motion to dismiss, doc. 10, contains a certificate of service which indicates the document was provided to Petitioner at his "forwarding address" which was attached to the motion to dismiss.  The Clerk of Court will be directed to forward this report and recommendation to Petitioner.  However, it is noted that when service was directed on April 5, 2011, Petitioner was ordered to "file a notice of change of address with this Court should he be released from custody . . . ."  Doc. 3.  Petitioner has not done so as of this date, but it may be assumed that Petitioner has abandoned this litigation since he was granted the relief he sought in the petition.

## ORDER

Accordingly, it is **ORDERED** that the Clerk of Court shall forward this ORDER and REPORT AND RECOMMENDATION to Petitioner at 1829 Perry Street, Jacksonville, Florida 32206.

## REPORT AND RECOMMENDATION

In light of the uncontested assertion by Respondent, and the apparent abandonment of this case by Petitioner, it is respectfully **RECOMMENDED** that the § 2241 petition filed by Petitioner Fataolaye Dandakoyes be **DISMISSED as moot** since it appears he has been released from detention.

**IN CHAMBERS** at Tallahassee, Florida, on May 9, 2011.

         s/    William C. Sherrill, Jr.
        **WILLIAM C. SHERRILL, JR.**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.