IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

FATAOULAYE DANDAKOYE,

    Petitioner,

v.                                                   CASE NO. 4:11-cv-00100-MP-WCS

DEPARTMENT OF HOMELAND SECURITY, DAVID F HARVEY, ERIC H HOLDER, JR, MARC MOORE, JANET NAPOLITANO,

    Respondents.

_____/

## O R D E R

This matter is before the Court on Doc. 12, Report and Recommendation of the Magistrate Judge, recommending that the habeas petition be dismissed in this case because the petitioner has been released from custody. The time for filing objections has passed, and none have been filed.   It is hereby

**ORDERED AND ADJUDGED:**

1.     The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.

2.     The petition for writ of habeas corpus is dismissed as moot, and the Clerk is directed to close the file.

**DONE AND ORDERED** this _9th_ day of June, 2011



*s/Maurice M. Paul*
Maurice M. Paul, Senior District Judge